UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOANN STROSS, individually, and as survivor to BILL STROSS**<br><br>**VERSUS**<br><br>**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, HAZA FOODS OF LOUISIANA, LLC, WENDY'S PROPERTIES, LLC, HAZA FOODS, LLC, QUALITY IS OUR RECIPE, LLC, AND THE WENDY'S COMPANY** | **CIVIL ACTION NO. 2:18-cv-08759**<br>**District Judge Sarah S. Vance**<br>**Magistrate Judge Karen Wells Roby** |

## MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE CAUSE OF DAMAGES FOLLOWING THE FIRST FALL

NOW COMES Plaintiff, JOANN STROSS, individually, and as survivor to BILL STROSS, who moves the Court for partial summary judgment in her favor regarding the cause of damages for two surgeries to repair a fractured hip and related treatment, and damages, following a fall outside of a restaurant. As discussed herein, there is no genuine issue of material fact because all witnesses agree that the subject fall on January 17, 2018 was the sole cause of those damages. To be clear, this Motion relates only to Plaintiff's survivor claims and does not relate to any wrongful death claims, or to any damages arising from a subsequent fall on or about October 10, 2018.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEYS FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR

NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (800) 878-8937


BY:  /S/ MATTHEW D. HEMMER
     MATTHEW D. HEMMER, NO. LA34300

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of December, 2019, filed the foregoing document using the Court's ECF system which will serve a true and accurate copy of the same upon all counsel of record to this proceeding.

/s/ Matthew D. Hemmer
MATTHEW D. HEMMER